Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEYOND MEDIA SOLUTIONS, LLC; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 3:17-CV-05349-LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no

class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 27th day of September, 2017.

>     By:   s/Todd M. Friedman
>           Todd M. Friedman, Esq.
>           Law Offices of Todd M. Friedman, P.C.
>           Attorney for Plaintiff

Filed electronically on this 27th day of September, 2017, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 27th day of September, 2017, via the ECF system to:

Honorable Laurel Beeler
United States District Court
Northern District of California

And mailed to:

Beyond Media Solutions, LLC
c/o Monica Lizarrage
27216 Lasso Way
Corona, CA 92883


This 27th day of September, 2017
By: s/Todd M. Friedman
　　　Todd M. Friedman

Notice of Dismissal - 3